# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

Gary L. John

**WARRANT LODGED AS DETAINER**

1:06-M-24M

CASE NUMBER: 3:06cr5(JCH)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to detain Gary L. John

and bring him or her forthwith to the nearest magistrate to answer a(n)

■ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Assault on a Federal Officer

*ATTESTED TO AS A TRUE COPY ON THIS DATE ________*
*BY: ________________*
*Deputy Clerk*

in violation of Title 18 United States Code, Section(s) 111(a)(1)

| | |
|---|---|
| Kevin F. Rowe | Clerk |
| Name of issuing Officer | Title of Issuing Officer |
| by [signature] Deputy Clerk | January 10, 2006 @ New Haven |
| Signature of Issuing Officer | Date and Location |

Note: Prior to your court appearance, please contact the Probation Office in Bridgeport at (203)579-5707.

| | |
|---|---|
| Bail Fixed at $________________ | The Honorable Peter C. Dorsey |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:06CR5 (JCH) |
| | : | |
| | : | VIOLATION: |
| V. | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assault on a Federal Officer) |
| | : | |
| GARY L. JOHN | : | |

INDICTMENT

The Grand Jury charges that:

**COUNT ONE**

On or about December 8, 2005, in the District of Connecticut, **GARY L. JOHN**, the defendant, knowingly and willfully, did forcibly and with actual physical contact, assault, resist, oppose, impede, intimidate, and interfere with Deputy United States Marshal James M. Masterson, while Deputy Masterson was engaged in the performance of his official duties.

All in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL,

FOREPERSON

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

I hereby certify that the foregoing is a true copy of the original document on file. Date: 1/10/06
KEVIN F. ROWE
Clerk
By
Deputy Clerk