IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
V. ) MISC. No. 1:06-M-24M
)
GARY L. JOHN )

**REMOVAL ORDER**

After hearing on this matter, it is hereby ORDERED that defendant Gary L. John be removed on February 16, 2006 in the custody of the United States Marshal to the United States District Court held in Bridgeport in the District of Connecticut for arraignment and a detention hearing upon arrival on indictment 3:06 CR 05 (JCH) charging Assault on a Federal Officer.

BY ORDER,

Clerk

ENTERED:

David L Martin

DAVID L. MARTIN
United States District Court Judge

DATED: February 16, 2006