**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED

**Transmittal Letter to:**

**Date: February 17, 2006**
**U.S.A. v. GARY L. JOHN**
**RI Case # 1:06-M-24M**

2006 FEB 21 P 4:50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**Office of the Clerk**
**BRIEN MCMAHON FEDERAL BUILDING**
**915 LAFAYETTE BOULEVARD**
**BRIDGEPORT, CT 06604**

**Your Docket No. 3:06CR5 (JCH)**

**Enclosed herein please find original/certified copies of the following:**

**[X] Warrant of Arrest/Documents from District of Connecticut**
**[ ] Complaint**
**[] Financial Affidavit**
**[] Order appointing counsel**
**[] CJA 20 - Appointment of Counsel under CJA**
**[] Order setting bail**
**[] Appearance Bond**
**[] Order setting conditions of release**
**[] Report of proceedings before U.S. Magistrate Judge/Minute Sheet**
**[] Waiver of preliminary hearing**
**[X] Waiver of Identity Hearing/Removal Hearing**
**[] Detention Order**
**[X] Commitment to Another District (AO 94)**
**[X] Order of Removal**
**[X] Copy of docket entries from this district**
**[X] Other: Order Appointing FPD, Entry of Appearance**

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return to this office:**

**Clerk's Office**
**U.S. District Court for the District of Rhode Island**
**United States District Courthouse**
**One Exchange Terrace**
**Providence, Rhode Island 02903**

*Martha Saucier*
**Deputy Clerk**

[signature] USDC CT
2-21-06