# United States District Court

## *District of Rhode Island*

RECEIVED 2006 MAR -8 A 8: 26 U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

UNITED STATES OF AMERICA
V.
GARY L. JOHN

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 3:06CR5 (JCH | 1:06-M-24M | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

**charging a violation of** 18 U.S.C. § 111(a)(1)

DISTRICT OF OFFENSE: Connecticut

DESCRIPTION OF CHARGES: knowingly and willfully, did and with actual physical contact, assault, resist, oppose, impede, intimidate, and interfere with a federal law enforcement officer while he was engaged in the performance of his official duties

CURRENT BOND STATUS:

☐ Bail Fixed at ________ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes Language: ________

DISTRICT OF RHODE ISLAND

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

UNITED STATES MARSHAL RECEIVED 06 FEB 22 PM ... DISTRICT OF CONN.

February 15, 2006 — Date

[signature] — Judicial Officer / Clerk

RETURN

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 2-22-06 | Bridgeport C.C.C. | 2-16-06 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 3-15-06 | John F. Bardelli | [signature] |

This form was electronically produced by John Etchells using Omniform Internet Publisher.